U.S. District Court
101 12th Avenue, Rm 332
Fairbanks, AK 99701



RECEIVED

JUN 12 2026

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Eric D. Gant, plaintiff, 10593 w Jefferson Ave River Rouge MI, 48218 ste 207

Hon.

V.

Case no.

Gardens of Carleton | Assisted Living and Memory Care, Defendant, 12400 Matthews St, Carleton, MI 48117

&

The United States Department of Treasury
1500 Pennsylvania Avenue, NW, Washington, D.C. 20220, Defendant

---

## Complaint

Now comes Eric D. Gant, known as King Eric the 1st, and states the following;

1. The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid. Therefore I had the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy.

2. Of the United Nations Covenant of political and civil rights; Article 1. 1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

3. Political means government under Merriam Webster,....so I determine my government status as the King of the world. Any law, not written by the King, that you intend to invoke in order to refute me exist as abolished, including the law that grants the right to treat people similarly or invoke case law. That right only exists under the King's law standard, but it does entail that the King is the overseer or decision maker of any case in which he

is a party to. This is also a request the King be granted his proper rights of being the final decision maker of the case and all readers submit to his jurisdiction.

4. At this point, pursuant to Decrees and laws the King has created, from Under the Standard policies of the Kingdom of Euphoria, law written by the King;

Rule #512

(1) The King may sue for a violation of the King's law.

More over;

Rule #16

(1) The age of retirement in this state is 55 years old. When the individual turns 55 the state is mandated to disperse an amount of money the individual made on average from all years of recorded income, rather self employed or not. This amount is reoccurring each year for the rest of the Euphorians life.

(2) In order to satisfy (1) of this law, the state shall issue a payment equivalent to the average yearly sum the individual made from all years of income, 1 time, once the individual turns 55 years old. After that, the Supreme Human Resources shall render the average yearly amount the individual made from all years of recorded income, although divided into 12 equal monthly payments on the 1st of each month.

(3) Lost or never received payments may be issued again.

(4) Nursing homes shall be free for all individuals age 65 years old or older, and do not have any immediate children abled and willing to care for them.

Note: This law is intended to grant older Euphorians more freedom In their later years, thus limiting competition for senior or experience careers for the younger generations.

5. It is evident that the Defendant did not adhere to such law, which is a suable offense under rule #512. In addition;

6. The United States Treasury and all equivalent entities are hereby mandated to execute rule #513 of the Standard Policies of the Kingdom of Euphoria, that's from the King's law.

Rule #513

(1) The King's Fund is hereby responsible for delivering, to the department head(s) or any designated person, any payment(s) that the department head(s) or a designated person of the Kingdom of Euphoria is responsible for delivering in the King's law.

(2) The President of the Kingdom of Euphoria, shall see to it all stated entities of the King's Fund, within the law, adheres to standards in which the King's law has instituted for the King's Fund.

(3) The President of the Kingdom of Euphoria may write warrants of arrest for individual(s) if they neglect such office of the King's Fund. Such crime shall be neglect of office.

(4) The President of the Kingdom of Euphoria also has the right to impose a fine on any entity of the King's Fund who neglect such office. Such fine shall not exceed $1,000,000 per act.

7. The King's Fund includes the Department of Treasury. It is now evident that the department of Treasury has not granted such nursing homes their sums under the King's law, as the King's law appears to state certain things are free, one of the King's laws states that term is to be construed to mean the King's fund shall pay today's fair market price of such goods or services.

8. I now sue both defendants for a violation of the King's law.

9. This Court does have Jurisdiction, rather through the King's law permission for all courts to hear any case they feel qualified to hear, or they have Jurisdiction in 28 usc 1331, The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. We see this claim does arise under the laws of the United States, as the treaty known as the United Nations charter is a law (of) the United States, a law related to or technically signed into law by, created by the United States. As both parties exist as United States Residents, that alone is grounds for Jurisdiction.

/s/ Eric D. Gant.                    Date: 06/07/2026

**UNITED STATES POSTAL SERVICE**

From: Eric D. Ganz
10593 W Jefferson Ave,
River Rouge Mi, 48218
Ste 207

Retail   U.S. POSTAGE PAID

METROPLEX MI 480

FCM LETTER
RIVER ROUGE, MI 48218
JUN 08, 2026

99701

**$1.07**

R2304P118889-22

RDC 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

TO: United States District Court
101   12th Avenue, Rm 332
Fairbanks, AK 99701

EP-51

99701-628399

Case 4:26-cv-00029-SLG    Document 1    Filed 06/12/26    Page 4 of 4